**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| L4T INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:26-CV-00014-JRG |
| | § | |
| HAIVISION SYSTEMS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff L4T Innovations LLC ("Plaintiff").  (Dkt. No. 9).  In the Notice, Plaintiff dismisses the above-captioned case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (*Id*. at 1).  Defendant Haivision Systems, Inc. has not yet filed its answer or moved for summary judgment.  (*Id*.).

Having considered the Notice, the Court **ACKNOWLEDGES AND ACCEPTS** that the above-captioned case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs, expenses, and attorneys' fees.  All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Feb 18, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE